The People of the State of New York ex rel. Buffalo Burial Park Association, Appellant, v. Frank C. Stilwell and Others, as Assessors of the Town of Tonawanda, Erie County, New York, Respondents.— Judgment and order affirmed, with costs. All concurred.

Gambrinus Brewing Company and Others, Appellants, v. Carl A. Strangmann and John E. Fitzpatrick, Respondents.— Judgment affirmed, with costs. All concurred.

The People of the State of New York ex rel. James Campbell and Others, Appellants, v. The City of Buffalo, Respondent.— Judgment affirmed, with costs. All concurred.

Albert F. Lamb, Appellant, v. Catherine McNeil, Respondent. — Order affirmed, with costs. Held, that the granting of the new trial was within the discretion of the trial court. All concurred.

Ernest C. Whitbeck, as Trustee in Bankruptcy of Newton L. English and Leonard De Young, as Individuals and as Copartners of the Firm of English & De Young, Bankrupts, Respondent, v. Anna E. English, Appellant, Impleaded with Charles M. Williams, as Receiver of the Assets of the Firm of English & De Young.— Judgment affirmed, with costs. All concurred.

Herman Williams, Respondent, v. Charles H. Springer, Appellant.— Judgment reversed and new trial ordered, with costs to the appellant to abide the event. Held, that the referee committed error in charging the defendant with the entire cost paid by him for transporting the butter in question to market; that under the contract between the parties such cost should be borne equally by them; and that for such error the judgment should be reversed and a new trial ordered before another referee. Inasmuch as there is to be a new trial, we refrain from passing upon the other questions raised by counsel. All concurred.

In the Matter of the Application of the Grade Crossing Commissioners of the City of Buffalo for the Appointment of Commissioners to Ascertain the Compensation to Be Paid to the Owners of and Parties Interested in Lands Which May Be Injured by Change of Grade of Van Rensselaer and Roseville Streets, and Claimed to Be Owned by Peter Rehorn; Emma K. Russ, Respondent, and Others. Charles Newton, Appellant.— Order affirmed, with costs. All concurred, except Spring and Robson, JJ., who dissented.

Ruth Holmberg, Appellant, v. Julia Haskell, Respondent.— Judgment reversed and new trial ordered, with costs to the appellant to abide event. Held, that upon all the evidence in the case there was a question of fact which should have been submitted to the jury. All concurred.

Frederick A. Emerick, Respondent, v. Mary E. Hackett, Appellant.— Judgment affirmed, with costs. All concurred.

John Drager, Respondent, v. Rochester Railway Company, Appellant.— Judgment and order reversed and new trial ordered, with costs to the appellant to abide event. Held, that the finding of the jury that plaintiff was free from contributory negligence is contrary to the evidence. All concurred.

Earl Herrick, Respondent, v. Pennsylvania Railroad Company, Appellant.— Judgment and orders affirmed, with costs. All concurred. Spring, J., not sitting.